UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| AMANDA PRESTON, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 3:22-CV-1018-X-BK |
| | § | |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | § § | |
| | § | |
| *Defendant.* | § | |

# ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. [Doc. 27]. The Magistrate Judge found that the ALJ erred by failing to conduct a meaningful judicial review of Plaintiff's disability claim and recommended that the Court grant Plaintiff's motion for summary judgment, reverse the Commissioner's decision, and remand this case for further proceedings. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Plaintiff's motion for summary judgment [Doc. 21] is **GRANTED**, and the Court **REMANDS** this case for further proceedings.

**IT IS SO ORDERED** this 28th day of September, 2023.

1

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE