UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| AMANDA PRESTON, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 3:22-CV-1018-X-BK |
| | § | |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | § § § | |
| | § | |
| *Defendant*. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Plaintiff Amanda Preston filed an unopposed motion for attorney's fees under the Equal Access to Justice Act. (Doc. 32). The United States Magistrate Judge made findings, conclusions, and a recommendation. (Doc. 33). The Magistrate Judge recommended that this Court grant Preston's motion in the amount of $9,409.04. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Plaintiff's motion for attorney's fees (Doc. 32) is **GRANTED**, and the Court **ORDERS** Defendant Commissioner of the Social Security Administration to pay Preston $9,409.04 in attorney's fees. Checks should be made payable to Preston and mailed to Preston's counsel of record.

1

**IT IS SO ORDERED** this 4th day of March, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE